FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2019 DEC 16 PM 2: 15

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF GEORGIA, ) ) ) | |
| Plaintiffs, ) ) | CIVIL ACTION NO. 2:18-CV-78 |
| v. ) ) | |
| MIRACLE HOME CARE, INC., MIRACLE ADULT DAY CARE, INC., MIRACLE TRANSPORTATION, SHASHICKA TYRE-HILL, and DARLENE JACKSON. ) ) ) ) ) ) | |
| Defendants. ) | |

## CONSENT JUDGMENT

WHEREAS, Plaintiffs United States of America and the State of Georgia have filed a Complaint in this action alleging that Defendants Miracle Home Care, Inc., Miracle Adult Day Care, Inc., Miracle Transportation, Shashicka Tyre-Hill, and Darlene Jackson violated the False Claims Act ("FCA"), as amended, 31 U.S.C. §§ 3729–3733, and the Georgia False Medicaid Claims Act ("GFMCA"), O.C.G.A. § 49-4-168, et seq., and seeking damages under the FCA and GFMCA and common law remedies;

WHEREAS, the Parties recognize, and the Court by entering this Consent Judgment finds, that this Consent Judgment has been negotiated by the Parties in good faith and will avoid further litigation between the Parties and that this Consent Judgment is fair, reasonable, and in the public interest;

1

NOW, THEREFORE, with the consent of the Parties, IT IS HEREBY ADJUDGED, ORDERED, AND DECREED as follows:

1. That Final Judgment is hereby entered in favor of Plaintiffs and against Defendants as follows:

2. That Defendants Miracle Home Care, Inc., Miracle Adult Day Care, Inc., and Miracle Transportation shall pay to Plaintiffs the following: single damages of $802,543.70 which are multiplied by three pursuant to 31 U.S.C. § 3729 and added to 657 claim penalties at the statutory minimum amount of $11,181 each, for a total of $9,753,548.10 due to Plaintiffs from Defendants Miracle Home Care, Inc., Miracle Adult Day Care, Inc., and Miracle Transportation.

3. That Defendant Shashicka Tyre-Hill shall pay to Plaintiffs a sum of $400,000 without interest.

4. That Defendant Darlene Jackson shall be dismissed without prejudice.

5. All payments pursuant to this Consent Judgment shall be made to the Financial Litigation Unit of the U.S. Attorney's Office of the Southern District of Georgia.

This 16 day of December, 2019.

_____
THE HONORABLE LISA GODBEY WOOD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

*(Signatures of the parties on the following page)*

**JUDGMENT CONSENTED TO BY:**

*Plaintiffs:*

_____
JAMES P. MOONEY
Assistant Attorney General

_____
JONATHAN A. PORTER
Assistant United States Attorney

_____
PATRICK J. SCHWEDLER
Assistant United States Attorney

*Defendants:*

_____
SHASHICKA TYRE-HILL,
individually, and on behalf of:
MIRACLE HOME CARE, INC.,
MIRACLE ADULT DAY CARE, INC.,
and MIRACLE TRANSPORTATION

_____
DAVID M. STEWART
*Attorney for Defendants*