# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV219-78**　　　　　　　　　　　　　　　DATE **12/16/2019**

TITLE  **United States of America et al v. Miracle Home Care, Inc. et al**

TIMES **2:01 - 2:07**　　　　　　　　　　　　　　　TOTAL **6 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**　　　Courtroom Deputy : **Whitney Sharp**

Court Reporter : **Debra Gilbert**　　　　　　　　　　Interpreter :

| Attorney for Plaintiff | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Jonathan Porter | David Stewart | |
| James Mooney | | |

PROCEEDINGS : **Motion Hearing**　　　　　　　　☐ In Court　　☑ In Chambers

**All parties present on call.**
**Plaintiff : Porter 2:02 - 2:05 / Mooney 2:05 - 2:06**
**Defense 2:06**
**The Court approves the consent judgment. Signed judgment forthcoming.**
**All claims against all defendants dismissed and case closed.**

(Rev 7/2003)　　　　　　　　　　　　　　　　　　　　　　　　GENERAL CLERK'S MINUTES